UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Margie Anderson,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher Hoffman, et al,<br><br>Defendants. | Case No. 4:20-cv-01925-UNA |

## ORDER

The above styled and numbered case was opened on December 31, 2020 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:20-cv-00087-**SPM**.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01925 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: January 4, 2021   By:  /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:20-cv-00087-SPM.**